IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

DANIEL J. WECKESSER,

       Petitioner,

 v.                                    Case No. 5D16-1790

STATE OF FLORIDA,

       Respondent.

_____/

Opinion filed August 5, 2016

Petition for Belated Appeal
A Case of Original Jurisdiction.

Daniel J. Weckesser, Daytona Beach,
pro se.

Pamela Jo Bondi, Attorney General
Tallahassee, and, Kaylee Tatman,
Assistant Attorney General, Daytona
Beach, for Respondent.

PER CURIAM.

      The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the March 29, 2016 order on Motion to Correct Illegal Sentence in Case No. 2006-CF-146, in the Circuit Court in and for Citrus County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).

      PETITION GRANTED.

COHEN, LAMBERT and EDWARDS, JJ., concur.